AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

| | | |
|---|---|---|
| Ryan J. King<br>*Plaintiff*<br>v.<br>Radius Global Solutions, LLC<br>*Defendant* | ) <br>)<br>)<br>)<br>) | Case No. 1:26-cv-01686 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Radius Global Solutions, LLC .

Date: 08/13/2026

/s Brian D. Roth
*Attorney's signature*

Brian D. Roth 22148
*Printed name and bar number*

Sessions, Fishman & Israel, LLC
3838 Causeway Blvd., Suite 2800
Metairie, LA 70002
*Address*

broth@sessions.legal
*E-mail address*

(504) 828-3700
*Telephone number*

(504) 828-3737
*FAX number*