**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **RYAN JAY KING,**<br>Plaintiff, pro se,<br><br>v.<br><br>**RADIUS GLOBAL SOLUTIONS LLC,**<br>Defendant. | **Case No.: 1:26-cv-01686** |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT

The Court, having reviewed Plaintiff's Motion to Remand Action to State Court and Petition for Costs, and being duly advised in the premises, now finds that Defendant Radius Global Solutions LLC's Notice of Removal was untimely and procedurally defective under 28 U.S.C. § 1446(b)(1) because it was not filed within thirty (30) days of service of the initial pleading on June 18, 2026. The Court further finds that Defendant waived its right to removal by failing to timely file its Notice of Removal by July 18, 2026, and actively submitting to the jurisdiction of the Madison Circuit Court 5.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff's Motion to Remand is hereby GRANTED. This action is immediately REMANDED to the Madison County Circuit Court 5, Plenary Division, State of Indiana, under original Cause No. 48C05-2607-PL-000103. The Clerk of this Court is directed to take all administrative actions necessary to effectuate this Remand forthwith.

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 1447(c), Plaintiff Ryan Jay King is awarded his just, actual, and out-of-pocket litigation costs and expenses incurred as a direct

result of Defendant's improper and untimely removal. Plaintiff is hereby authorized to file an itemized petition for such costs and expenses within fourteen (14) days from the date of this Order.

SO ORDERED this ______ day of __________________, 2026.

______________________________________

District Judge, United States District Court

Southern District of Indiana