Filed: 6/12/2026 1:21 PM
Clerk
Madison County, Indiana
48C05-2606-SC-000752
Madison Circuit Court 5

State of Indiana )
) SS:
County of Madison )

In the Madison Circuit Court, Division ____
Madison County Government Center (3rd Floor)
16 East 9th Street, Anderson, Indiana 46016

# NOTICE OF SMALL CLAIM

Ryan Jay King
Name (Plaintiff)

c/o 3060 Montgomery Blvd
Address

| Lapel | IN | 46051 | 317-827-7109 |
|---|---|---|---|
| City | State | Zip | Phone |

Email address: ryan.king.j@gmail.com

Cause No. 48C0___-________-SC-__________

Claim for: X Money owed
____ Replevin (Return of property)

AGAINST

Radius Global Solutions LLC, Attn: Legal Dept / Managing Partner
Name (Defendant)

500 North Franklin Turnpike, Ste 315, Mail Code - 747
Address

| Ramsey | NJ | 07446 | |
|---|---|---|---|
| City | State | Zip | Phone |

Email address: ____________________

____________________
Name (Second Defendant)

____________________
Address

| | | | |
|---|---|---|---|
| City | State | Zip | Phone |

Email address: ____________________

TO THE DEFENDANT(S): You have been sued by the Plaintiff whose name appears above. A brief statement of Plaintiff's claim against you is as follows:

Plaintiff brings this action for six distinct violations of federal law. Defendant willfully violated an active FDCPA validation freeze (15 U.S.C. § 1692g(b)) by mailing six collection demands after receiving Plaintiff's formal written dispute. Furthermore, Defendant violated 15 U.S.C. § 1692e(14) by utilizing deceptive masking and generic PO Boxes. Total claim: $6,000.00.

| | |
|---|---|
| Plaintiff claims you owe (as of the date of filing): | $ 6,000.00 |
| Pre-judgment interest (if permitted by law): | $ 0.00 |
| Attorney fees (if permitted by law): | $ 0.00 |
| Other: ____________________ | $ 0.00 |
| SUBTOTAL | $ 6,000.00 |
| Court costs (the filing fee paid by plaintiff): | $ ________ |
| **TOTAL CLAIM OF PLAINTIFF** (including court costs) | $ **6,000.00** |

/s/ Ryan Jay King
Signature of Plaintiff or Plaintiff's attorney

***NOTICE TO APPEAR***

Defendant(s) shall appear for a hearing/trial to answer Plaintiff's claim on Friday July 24th, 2026, 2026, at 1:30 PM (a.m.) (p.m.). Failure to appear may result in a default judgment being entered against Defendant(s) for the entire amount claimed above.

**IN THE MADISON COUNTY CIRCUIT COURT**
**SMALL CLAIMS DIVISION**
**MADISON COUNTY, INDIANA**

Ryan Jay King
c/o 3060 Montgomery Blvd
Lapel, Indiana 46051
**Plaintiff,**

v.

Radius Global Solutions LLC
Attn: Legal Department / Managing Partner
500 North Franklin Turnpike, Ste 315, Mail Code - 747
Ramsey, New Jersey 07446
**Defendant.**

## NOTICE OF CLAIM AND VERIFIED COMPLAINT

**Claim Amount:** $6,000.00
**Claim Type:** Federal Statutory Violations (FDCPA)

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction under the Indiana Small Claims Rules. The amount in controversy is $6,000.00, which is well within the statutory limit of $10,000.00.

2. Venue is proper in Madison County under Indiana Small Claims Rule 2(A), as the subject matter and resulting harms occurred in this county, where Plaintiff received the unlawful mail communications.

### II. STATEMENT OF FACTS

3. Defendant, Radius Global Solutions LLC, is a third-party debt collection agency.

4. On December 23, 2024, Plaintiff successfully delivered a formal, written "Notice of Validation Request" via USPS Certified Mail to the original creditor, American Express. This binding legal notice explicitly stated: '**NOTICE TO AGENT IS NOTICE TO PRINCIPAL. NOTICE TO PRINCIPAL IS NOTICE TO AGENT. APPLICABLE TO ALL SUCCESSORS AND ASSIGNS.**' Therefore, the original creditor's knowledge of the dispute and cease-collection directive is legally imputed to its assigned third-party debt collector, Radius Global Solutions LLC.

5. Under 15 U.S.C. § 1692g(b), once a consumer debt is disputed in writing, all collection activities must immediately cease until the debt collector obtains and mails proper verification of the debt to the consumer.

6. To date, Plaintiff has never received proper, legally sufficient validation of the alleged debt from Defendant or the original creditor.

7. Despite this active legal freeze on collection activities, Defendant willfully mailed collection and settlement demand letters to Plaintiff's residence on six distinct dates: June 12, 2025; July 4, 2025; August 1, 2025; March 23, 2026; April 9, 2026; and May 1, 2026.

8. The first three letters explicitly identified "Radius Global Solutions LLC" as the debt collector and directed correspondence to PO Box 358 in Ramsey, NJ.

9. For the final three letters, Defendant engaged in deceptive masking practices by dropping its corporate name entirely to present the communications as "Optima Card" re-establishing offers directly from American Express, while stealthily routing the correspondence to generic return address PO Box 410 in Ramsey, NJ.

## III. LEGAL CLAIMS AND DAMAGES

10. **FDCPA § 1692g(b) Violation:** Defendant illegally continued collection activities by mailing six (6) separate demand letters to Plaintiff during an active validation freeze without first providing the mandatory procedural verification, in direct violation of federal law and established Indiana precedent (Spears v. Brennan, 745 N.E.2d 862 (Ind. Ct. App. 2001)).

11. **FDCPA § 1692e(14) Violation:** Defendant unlawfully used a business name, presentation, or generic PO Box other than the true name of the debt collector's business on the March 23, April 9, and May 1 communications to deceptively lure Plaintiff into a settlement.

12. Plaintiff claims six (6) distinct statutory violations at $1,000.00 per violation.

13. The total aggregate damages for these six specific mailed communications equal exactly $6,000.00. Plaintiff explicitly reserves all other rights and remedies regarding any further violations, including Telephone Consumer Protection Act (TCPA) violations or other FDCPA violations occurring on these or different dates by Defendant or its assigns.

## IV. SUPPORTING EXHIBITS

14. Plaintiff includes the following exhibits in support of this verified complaint:

- **Exhibit A** – Certified Mail Delivery Receipt proving the December 23, 2024 dispute.

- **Exhibit B** – The Six Deceptive Collection Letters from Radius Global Solutions / Ramsey, NJ.

These exhibits form the evidentiary foundation for the claims of federal statutory violations and are submitted for review under the Indiana Rules of Evidence.

**V. PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully moves this Honorable Court to:

1. Enter judgment against Defendant, Radius Global Solutions LLC, in the amount of $6,000.00;

2. Award Plaintiff court costs, including the filing and certified mail service fees; and

3. Grant any other relief the Court deems proper, just, and equitable.

Respectfully submitted,

Date: June 12th, 2026

By: _/s/ Ryan Jay King_____
Ryan Jay King
3060 Montgomery Blvd
Lapel, Indiana 46051
Phone: (317) 827-7109
Email: ryan.king.j@gmail.com